## Commonwealth *v.* Kelley, Appellant.

718

Submitted June 10, 1968. *Charles F. Kelley,* appellant, in propria persona; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.